**Order entered January 29, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01019-CV

**PHYLLIS SLICKER, Appellant**

**V.**

**LESLIE G. MARTIN, P.C., Appellee**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-15742**

## ORDER

Pursuant to Texas Rule of Appellate Procedure 34.5(c)(1), we **ORDER** Felicia Pitre to file a supplemental clerk's record containing a copy of the trial court's docket sheet. *See* TEX. R. APP. P. 34.5(c)(1). The supplemental record shall be filed no later than February 3, 2020.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.

/s/     KEN MOLBERG
        JUSTICE